# UNITED STATES DISTRICT COURT

Eastern _____ District of __Massachusetts__

Luis Ortiz
    Plaintiff

V.

Edward Ficco
    Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, __Luis Ortiz__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Souza Baranowski Correctional Center P.O. Box 8000, Shirley, MA. 01464__

    Are you employed at the institution? __No__  Do you receive any payment from the __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends    ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments    ☐ Yes    ☒ No
    e. Gifts or inheritances    ☐ Yes    ☒ No
    f. Any other sources    ☒ Yes    ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

*Family and friends see printout enclosed.*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20031118 09:35

Commit# : W68187
Name : ORTIZ, LUIS, ,
Inst : SOUZA-BARANOWSKI CORRECTIONAL
Block : K2
Cell/Bed : 53 /A

SOUZA-BARANOWSKI CORRECTIONAL
Statement From 20020101
To 20031118

Page : 3

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030514 11:14 | ML - Mail | 1120945 | | SBCC | ~MIGUEL FELICIANO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030523 22:30 | CN - Canteen | 1162040 | | SBCC | ~Canteen Date : 200305 | $0.00 | $33.25 | $0.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1225049 | | SBCC | | $0.67 | $0.00 | $0.00 | $0.00 |
| 20030610 16:22 | TS - Interest | 1225050 | | SBCC | | $0.00 | $0.00 | $0.08 | $0.00 |
| 20030625 11:36 | IC - Transfer from Inmate to Club A/c | 1301807 | | SBCC | ~4th of July photos non-visit~PHOTO - Z13 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20030701 11:05 | EX - External Disbursement | 1325389 | 16810 | SBCC | ~OIL-AS-SUO INC. | $0.00 | $6.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1358899 | | SBCC | | $0.55 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | TS - Interest | 1358900 | | SBCC | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20030728 10:17 | ML - Mail | 1449913 | | SBCC | ~Boyton Rest., Highlan St, Worc | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030805 08:07 | ML - Mail | 1481402 | | SBCC | ~Andre Edmonds | $200.00 | $0.00 | $0.00 | $0.00 |
| 20030807 15:29 | IS - Interest | 1501754 | | SBCC | | $0.54 | $0.00 | $0.00 | $0.00 |
| 20030807 15:29 | TS - Interest | 1501755 | | SBCC | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20030808 22:30 | CN - Canteen | 1520873 | | SBCC | ~Canteen Date : 200308 | $0.00 | $48.78 | $0.00 | $0.00 |
| 20030908 10:45 | ML - Mail | 1634778 | | SBCC | ~MIGUEL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030909 14:55 | EX - External Disbursement | 1637847 | 17641 | SBCC | ~Watch repair~Tanquay Jewelers | $0.00 | $18.00 | $0.00 | $0.00 |
| 20030910 07:52 | IS - Interest | 1644955 | | SBCC | | $0.70 | $0.00 | $0.00 | $0.00 |
| 20030910 07:52 | TS - Interest | 1644956 | | SBCC | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20030912 11:30 | EX - External Disbursement | 1677201 | 17704 | SBCC | ~PUZZLES MAG.~PENNY MARKETING | $0.00 | $12.50 | $0.00 | $0.00 |
| 20030915 08:38 | TC - Transfer from Inmate to Club A/c | 1677867 | | SBCC | ~postage~POSTAGE - 211 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20031006 09:02 | TC - Transfer from Inmate to Club A/c | 1765845 | | SBCC | ~postage~POSTAGE - 211 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20031008 16:55 | IS - Interest | 1780404 | | SBCC | | $0.70 | $0.00 | $0.00 | $0.00 |
| 20031008 16:55 | IS - Interest | 1780405 | | SBCC | | $0.00 | $0.00 | $0.06 | $0.00 |
| 20031014 09:17 | TC - Transfer from Inmate to Club A/c | 1814080 | | SBCC | ~postage~POSTAGE - 211 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20031015 09:54 | ML - Mail | 1818935 | | SBCC | ~35 EDWIN STREET | $35.00 | $0.00 | $0.00 | $0.00 |
| 20031020 08:58 | IC - Transfer from Inmate to Club A/c | 1839197 | | SBCC | ~postage~POSTAGE - 211 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20031021 13:45 | IC - Transfer from Inmate to Club A/c | 1844710 | | SBCC | ~NKX,NKB~KCN WASH ACCOUNT - Z5 | $0.00 | $90.15 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20031118 09:35

| | | | |
|---|---|---|---|
| Commit# : | W68187 | SOUZA-BARANOWSKI CORRECTIONAL | Page : 4 |
| Name : | ORTIZ, LUIS, , | Statement From 20020101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To  20031118 | |
| Block : | K2 | | |
| Cell/Bed : | 53 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031022 09:52 | ML - Mail | 1848805 | | SBCC | ~RAMONITA TORRES | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031106 09:30 | ML - Mail | 1917519 | | SBCC | ~MIGUEL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031106 09:31 | ML - Mail | 1977532 | | SBCC | ~GLENDA ORTIZ | $63.00 | $0.00 | $0.00 | $0.00 |
| 20031107 16:25 | IS - Interest | 1925531 | | SBCC | | $0.73 | $0.00 | $0.00 | $0.00 |
| 20031107 16:25 | IS - Interest | 1925532 | | SBCC | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20031112 13:15 | EX - External Disbursement | 1949879 | 18448 | SBCC | ~OIL-AS-SUQ INC. | $0.00 | $6.00 | $0.00 | $0.00 |
| 20031114 22:30 | CN - Canteen | 1968469 | | SBCC | ~Canteen Date : 200311 | $0.00 | $48.37 | $0.00 | $0.00 |
| 20031118 09:08 | IC - Transfer from Inmate to Club A/c | 1973869 | | SBCC | ~POSTAGE ENVELOPE -POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |

Balance as of ending date   Personal $558.12   Savings $55.13

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $558.12 | $55.13 | $0.00 | $0.00 | $0.00 | $0.00 |

*This submitted for the purpose of Appointment of Counsel.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

Luis Ortiz
Petitioner

v.                                              #_____

Edward Ficco
Respondent

PETITIONERS AFFADAVIT IN SUPPORT OF HIS
APPLICATION TO PROCEED WITHOUT PREPAYMENT
OF FEES

Now comes the petitioner, Luis Ortiz and states under the pains and penalties of perjury that:

1. He is the petitioner in the above entitled case.

2. He has no assets in his name, other than the mentioned inthe attached Application to Proceed without prepayment. He has no bonds, stocks, or any other hidden assets nor has he transfered any monies.

3. He beleives he is indigent per G.L. c. 261 §27A-27G, 28 USC § 1915 and related laws.

Dated: 11/25/03

Respectfully submitted,

X /s/ Luis A. Ortiz

Luis Ortiz, pro se

P.O. BOX 8000
Shirley, MA. 01464