UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

Luis Ortiz
Petitioner

v.                                              #_____

Edward Ficco
Respondent

PETITIONERS AFFADAVIT IN SUPPORT OF HIS
APPLICATION TO PROCEED WITHOUT PREPAYMENT
OF FEES

Now comes the petitioner, Luis Ortiz and states
under the pains and penalties of perjury that:

1. He is the petitioner in the above entitled
case.

2. He has no assets in his name, other than
the mentioned inthe attached Application to Proceed
without prepayment. He has no bonds, stocks, or any
other hidden assets nor has he transfered any monies.

3. He beleives he is indigent per G.L. c. 261
§27A-27G, 28 USC § 1915 and related laws.

Dated:  ___11_/_25_/_03_

Respectfully submitted,

X _Luis A. Ortiz_

Luis Ortiz, pro se

P.O. BOX 8000
Shirley, MA.  01464