UNITED STAES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

Luis Ortiz
petitioner

v.                                         # ____ - ____ - ____

Edward Ficco
respondent

PETITIONERS MOTION FOR APPOINTMENT OF COUNSEL

Petitioner, Luis Ortiz, requests this Court to appoint counsel to represent him in this writ of Habeas Corpus pursuant to 28 USC §2254 (h) and 18 USC §3006 (a), for the following reasons:

1. Luis Ortiz is the petioner in above captioned case.

2. Petitioner has limited knowledge of the law.

3. Petitioner is unsure of the proper procedures in how to proceed in this matter.

4. Other issues raised in the supporting affadavit attached.

Dated: 11/25/03

Respectfully submitted.

X_____Luis A. Ortiz_____

Luis Ortiz, pro se
SBCC
P.O. Box 8000
Shirley, MA.  01464