UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

Luis Ortiz
petitioner

v.                                              #

Edward Ficco
respondent

PETITIONER'S AFFADAVIT IN SUPPORT OF THE
MOTION OF APPOINTMENT OF COUNSEL

Now comes the petitioner, Luis Ortiz and states the following:

1. I am the petitioner in the above captioned case.
2. I make this affadavit in support of my motion for appointment of counsel.
3. I have limited knowledge of federal laws.
4. I beleive I am indigent enough to have appointed counsel to represent me.
5. The one issue I have may be enough to reverse this matter back to the Superior court.

I therefore, request that this honorable court appoint me an attorney in the intrest of justice, in trying to obtain releif under section 2254 of title 28.

Dated: 11/25/03

Respectfully submitted,

*Luis A. Ortiz*

Luis Ortiz, pro se
SBCC
P.O. BOX 8000
Shirley, Ma.
01464