UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LUIS ORTIZ,**
          Petitioner,

       v.

                                        Civil Action
                                        No.  03-12531-NG

**EDWARD FICCO, SUPERINTENDENT**
          Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

**Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;**

☒     **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this Section 2254 petition and assigned it Civil Action No.  03-12531-NG.**

**It is ORDERED that:**

☒     **The application to proceed without prepayment of fees is DENIED for the following reason:**
        Petitioner indicates on his Application to Proceed Without Prepayment of Fees that he has approximately $600.

☒     **It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order, or this action will be subject to dismissal for failure to pay the filing fee.**

☒     **It is FURTHER ORDERED that the Clerk enter the habeas petition on the docket with a filing date of November 25, 2003.**


**12/23/03**                           /s Nancy Gertner
**DATE**                                NANCY GERTNER
                                            UNITED STATES DISTRICT JUDGE

(ifphabe.ord - 9/20/96)                                                                          [oifphc.]