UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LUIS ORTIZ,                          )
          Petitioner,                )
                                     )
     v.                              )     C.A. No. 03-12531-NG
                                     )
EDWARD FICCO, SUPERINTENDENT         )
          Respondent.                )
```

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is petitioner's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that petitioner's motion for appointment of counsel is denied without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition.

SO ORDERED.

Dated at Boston, Massachusetts, this 23rd day of December, 2003.

/s Nancy Gertner
NANCY GERTNER
UNITED STATES DISTRICT JUDGE