U.S. District Court
Office of the Clerk
U.S. Courthouse
Boston, MA.   02210

February 2, 2004

Re: Docket entry sheet request
    Luis Ortiz v. Edward Ficco    # 2003-12531-NG

Office of the Clerk:

On or about 1/10/04 I received the court Order from the Court.
In the Order it stated for the Clerk to serve a copy of the petition for Writ of Habeas Corpus by mailing copies of the same, certified mail to the respondent and Attorney General for the Commonwealth.

I would like to request a copy of the docket entry sheet, to verify when the copy of the Writ was sent to the opposing party and when it was received by them to.

At your conveneince, please send a copy of the docket entry sheet to below address.

Thank you.

Sincerely,

*Luis A. Ortiz* (signature)

Luis Ortiz, pro se

SBCC
P.O. BOX 8000
Shirley, MA.
01464