UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS ORTIZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>EDWARD FICCO, )<br>)<br>Respondent. )<br>) | Civil Action No. 03-12531-NG |

## ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases, the respondent, Edward Ficco, through counsel, answers the numbered paragraphs of the petition for writ of habeas corpus as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Left blank by the petitioner.

12. The respondent admits that the grounds stated in paragraph 12 of the petition are the grounds for relief are the grounds which the petitioner presented to the Massachusetts Supreme Judicial Court. The respondent denies each and every allegation of fact contained in paragraph 12 of the petition for a writ of habeas corpus. To the extent that paragraph 12 of the petition for a writ of habeas corpus contains conclusions of law, they require no response. Further answering, the respondent states that paragraph 12 fails to state a claim upon which relief may be granted and that the petitioner has failed to exhaust the claim stated therein.

13. Left blank by petitioner.

14. The respondent is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the petition for writ of habeas corpus and calls upon petitioner to prove same.

15. Admitted.

16. Admitted.

17. The respondent is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the petition for writ of habeas corpus and calls upon petitioner to prove same.

AS A FURTHER ANSWER to the petition for a writ of habeas corpus, the respondent files herewith a Supplemental Answer, which contains copies of the following documents:

1. Docket Sheet, *Commonwealth v. Luis Ortiz,* Worcester County Superior Court Criminal Action No. 1999-00487;

2. Brief and Record Appendix for the Defendant-Appellant, *Commonwealth v. Luis Ortiz*, Massachusetts Appeals Court No. 01-P-533;

3. Brief for the Commonwealth, *Commonwealth v. Luis Ortiz*, Massachusetts Appeals Court No. 01-P-533;

4. *Commonwealth v. Luis Ortiz*, 57 Mass.App.Ct. 1111, 784 N.E.2d 50 (2003);

5. Application for Further Appellate Review of the Defendant-Appellant, *Commonwealth v. Luis Ortiz*, Supreme Judicial Court; and

6. Denial of Application for Further Appellate Review, 439 Mass. 11040, 787 N.E.2d 1058 (2003).

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The petition fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

The petition should be dismissed since it contains claims which were not presented to the Massachusetts Supreme Judicial Court, and which were, therefore, not exhausted in the state court.

3

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Maura D. McLaughlin*
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: February 5, 2004

### Certificate of Service

I hereby certify that on February 5, 2004, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Luis Ortiz, petitioner *pro se*, Souza Baranowski Correctional Center, P.O. Box 8000, Harvard Road, Shirley, Massachusetts 01464.

*Maura D. McLaughlin*
Maura D. McLaughlin

4