UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS ORTIZ,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>EDWARD FICCO,  )<br>  )<br>Respondent.  )<br>  ) | Civil Action No. 03-12531-NG |

**RESPONDENT'S MOTION TO DISMISS PETITION
FOR WRIT OF HABEAS CORPUS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the respondent, Edward Ficco, respectfully submits this motion to dismiss the petition for writ of habeas corpus filed by the petitioner, Luis Ortiz, on the grounds that the petition fails to state a claim upon which relief may be granted. In support of his motion, and as is set forth more fully in the accompanying memorandum of law, the respondent states that the petitioner has failed to exhaust the claim stated in his petition for a writ of habeas corpus. Specifically, the petitioner's claim was never presented to the state court as a federal constitutional claim. Because the petitioner has not yet provided the state's highest court with the first opportunity to pass on the merits of this claim, the petition should be dismissed. 28 U.S.C. § 2254(b)-(c); *Rose v. Lundy*, 455 U.S. 509, 510 (1982).[1]

---

[1] Respondent's remaining defenses are not addressed here because the doctrine of exhaustion mandates dismissal of the petition. In the event that this Court declines to dismiss the petition due to failure to exhaust, the respondent reserves the right, and requests the opportunity, to file an answer and assert all other applicable defenses.

WHEREFORE, the respondent respectfully requests that this Court dismiss this habeas petition on the grounds that it contains an unexhausted claim.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: February 5, 2004

### Certificate of Service

I hereby certify that on February 5, 2004, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Luis Ortiz, petitioner *pro se*, Souza Baranowski Correctional Center, P.O. Box 8000, Harvard Road, Shirley, Massachusetts 01464.

Maura D. McLaughlin