UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS ORTIZ,<br><br>Petitioner,<br><br>v.<br><br>EDWARD FICCO,<br><br>Respondent. | Civil Action No. 03-12531-NG |

## RESPONDENT'S MOTION FOR LEAVE TO DISPENSE WITH THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1

Respondent Edward Ficco moves that he be permitted to file the accompanying Motion ti Dismiss and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires. In support thereof, respondent states that petitioner is currently incarcerated at the Souza Baranowski Correctional Center, in the care of the Massachusetts Department of Corrections and is not represented by counsel, rendering pre-filing conference impracticable.

For this reason, respondent requests that he be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that he be permitted to file the accompanying Motion to Dismiss and any future motions in this action without first conferring with petitioner.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*[signature: Maura D. McLaughlin]*
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: February 5, 2004

## Certificate of Service

I hereby certify that on February 5, 2004, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Luis Ortiz, petitioner *pro se*, Souza Baranowski Correctional Center, P.O. Box 8000, Harvard Road, Shirley, Massachusetts 01464.

*[signature: Maura D. McLaughlin]*
Maura D. McLaughlin

2