UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Luis Ortiz
petitioner

v.                                          Civ. No. 2003- 12531-NG

Edward Ficco
respondent

PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Now comes the petitioner, Luis Ortiz, and requests this court to appoint counsel to represent him in this Writ of Habeas Corpus, pursuant to 28 USC sec. 2254 (h) and 18 USC sec. 3006 (a), for the following reasons:

1. Petitioner has limited knowledge of the law.

2. Petitioner is unsure of the proper procedures in how to proceed in this matter.

3. Other reasons and issues raised in the supporting affadavit attached.

Dated : 2/17/04

Respectfully submitted,

Luis A. Ortiz

Luis Ortiz, pro se
SBCC
P.O. BOX 8000
Shirley, MA.
01464