UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Luis Ortiz
petitioner

v.                                              No.  2003-12531-NG

Edward Ficco
respondent

PETITIONER'S AFFADAVIT IN SUPPORT OF THE
MOTION OF APPOINTMENT OF COUNSEL


Now comes the petitioner, Luis Ortiz and states the

following:

1.  I am the petitioner in the above captioned case.

2.  I make this affadavit in support of my motion
    for appointment of counsel.

3.  I have limited knowledge of federal laws.

4.  I believe I am indigent enough to have appointed
    counsel to represent me.

5.  The one issue I have, may be enough to reverse
    this matter back to the trial court.

I therefore, request that this Honorable Court
appoint me an attorney in the interest of justice,
in trying to obtain relief under section 2254 of title
28.


Dated:  _2/17/04_


                            Respectfully submitted,

                            _Luis A. Ortiz_
                            Luis Ortiz, pro se
                            SBCC
                            P.O. BOX 8000
                            Shirley, MA.
                            01464

CERTIFICATE OF SERVICE

I, Luis Oriz, hereby state that I have sent a true copy of the enclosed motion to the attorney on recor Maura D. McLaughlin by first class mail postage prepaid on below date.

Dated : _2/17/04_

_Luis A. Ortiz_

Luis Ortiz, pro se

W68187
SBCC
P.O. Box 8000
Shirley, MA.
01464