UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LUIS ORTIZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 03-12531-NG |
| ) | |
| EDWARD FICCO, ) | |
| ) | |
| Respondent. ) | |

**ASSENTED-TO MOTION FOR CONTINUANCE
OF DATE OF STATUS CONFERENCE**

The respondent, Edward Ficco, with the assent of the petitioner, Luis Ortiz, hereby moves this Court for a continuance of the status conference, currently scheduled for July 9, 2004, until July 22, 2004.[1] As grounds for this motion, counsel for the respondent states that the undersigned Assistant Attorney General has long-standing plans to be out of town for personal and family reasons on July 9th.

---

[1] In the event that the proposed July 22nd date is not convenient for the Court, counsel for the petitioner and for the respondent are both also available on July 15 and 16, 2004.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Maura D. McLaughlin*
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Assented:

LUIS ORTIZ
By his attorney,

*Robert Murray (MDM)*
Robert Murray, Esq.
Ramsey & Murray
225 Friend Street
Boston, Massachusetts 02114

Dated: June 24, 2004

## Certificate of Service

I hereby certify that on June 24, 2004, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Robert Murray, Esq., Ramsey & Murray, 225 Friend Street, Boston, Massachusetts 02114.

*Maura D. McLaughlin*
Maura D. McLaughlin