UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIZ ORTIZ,
    Petitioner

v.                        Civil Action No. 03-12531-NG

EDWARD FICCO,
    Respondent

PETITIONER'S OPPOSITION TO RESPONDENT'S
MOTION TO DISMISS PETITION FOR
WRIT OF HABEAS CORPUS

Respondent has moved to dismiss Petitioner's Writ of Habeas Corpus on the grounds that the petition fails to state a claim upon which relief may be granted in that Petitioner has failed to exhaust his State remedies. At the heart of Respondent's challenge is his assertion that Petitioner never presented his federal constitutional claims to the Massachusetts Supreme Judicial Court pursuant to 28 USC §2254 and has consequently not earned the right to a hearing on his claim in this Court. Respondent relies on Rose v. Landry, 455 U.S. 509, (1982).

Petitioner respectfully submits that for the reasons set out in his Memorandum of Law and attached herewith, he has met all exhaustion requirements and should be permitted to proceed with his Petition for Habeas Corpus.

                                      LUIS ORTIZ
                                      By his attorney,

                                      */s/ Robert Y. Murray*
                                      Robert Y. Murray
                                      RAMSEY & MURRAY
                                      225 Friend Street
                                      Boston, MA  02114

Dated: August 31, 2004              (617)723-8100