UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIZ ORTIZ,
    Petitioner

v.                        Civil Action No. 03-12531-NG

EDWARD FICCO,
    Respondent

## CERTIFICATE OF SERVICE

    I, Robert Y. Murray, hereby certify that I have served copies of the following upon the Respondent by mailing copies of same to Maura D. McLaughlin, Esq., Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108 this 31st day of August, 2004:

    1. Petitioner's Motion to Amend Petition Under 28 USC §2254 for Writ of Habeas Corpus by Person in State Custody.

    2. Petitioner's Opposition to Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus.

    3. Memorandum of Law in Support of Petitioner's Opposition to Defendant's Motion to Dismiss Petition for Writ of Habeas Corpus.

Robert Y. Murray
RAMSEY & MURRAY
225 Friend Street
Boston, MA 02114
(617)723-8100