UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS ORTIZ,

    Petitioner,

v.      Civil Action No. 03-12531-NG

EDWARD FICCO,

    Respondent.

## JOINT MOTION FOR BRIEFING SCHEDULE

The petitioner, Luis Ortiz, and the respondent, Edward Ficco,[1] hereby jointly request that the Court enter the following proposed briefing schedule for the merits of the petition. The dates requested by the parties are as follows:

1. The petitioner's memorandum in support of the merits of the petition shall be due on or before November 19, 2004;

2. the respondent's memorandum in opposition to the merits of the petition shall be due on or before December 21, 2004; and

3. the petitioner's reply memorandum shall be due on or before January 10, 2005.

WHEREFORE, the petitioner and the respondent respectfully request that the Court enter the above proposed schedule as an order of the court.

---

[1] The respondent asserts, as it did in its motion to dismiss the petition, that the petition contains unexhausted claims and should therefore be dismissed. However, in light of this Court's order of September 21, 2004, denying the motion to dismiss, the respondent will proceed to brief the merits of his position at this time, in accordance with the schedule set forth in this joint motion.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LUIS ORTIZ, | EDWARD FICCO, |
| By his attorney, | By his attorney, |
| ROBERT MURRAY, ESQ. | THOMAS F. REILLY<br>ATTORNEY GENERAL |

*Robert Murray (MDM)*
Robert Murray, Esq.
Ramsey & Murray
225 Friend Street
Boston, Massachusetts 02114
(617) 723-8100

*Maura D. McLaughlin*
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: October 13, 2004

### Certificate of Service

I hereby certify that on October 13, 2004, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Robert Murray, Esq., Ramsey & Murray, 225 Friend Street, Boston, Massachusetts 02114.

*Maura D. McLaughlin*
Maura D. McLaughlin