UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LUIZ ORTIZ,
      Petitioner

v.                                               Civil Action No. 03-12531-NG

EDWARD FICCO,
      Respondent

## JOINT MOTION TO AMEND BRIEFING SCHEDULE

The Petitioner, Luis Ortiz, and the Respondent, Edward Ficco, hereby jointly request that this Honorable Court modify the existing briefing schedule by entering the following proposed briefing schedule for the merits of the petition for the reason that counsel for Petitioner has been unable to complete his Memorandum as originally scheduled due to the press of business:

1. Petitioner's Memorandum in Support of the Merits shall be due on or before December 17, 2004;

2. Respondent's Memorandum in Opposition to the Merits shall be due on or before January 21, 2005; and

3. Petitioner's Reply Memorandum shall be due on or before February 11, 2005.

WHEREFORE, the Petitioner and the Respondent respectfully request that the

Court enter the above-proposed schedule as an Order of the Court.

All of the other provisions of the original Briefing Schedule remain unchanged.

Respectfully submitted,

LUIS ORTIZ

By his attorney,

_____
Robert Y. Murray
RAMSEY & MURRAY
225 Friend Street
Boston, MA  02114
(617)723-8100
BBO 365060


EDWARD FICCO

By his attorney,

_____
Maura D. McLaughlin
Assistant Attorney General