UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LUIS ORTIZ, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 03-12531-NG |
| EDWARD FICCO, | ) | |
| Respondent. | ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

The respondent, Edward Ficco, with the assent of the petitioner, Luis Ortiz, hereby requests an extension of the time in which the respondent may file his memorandum in response to the petitioner's memorandum for a period of one week, up to and including January 28, 2005. As grounds for this motion, the respondent states as follows: the respondent's memorandum is currently due to be filed on or before January 21, 2005. Since the time the respondent received the petitioner's memorandum (December 22, 2004), undersigned counsel for the respondent has been out of the office for a significant number of days due to long-settled holiday and vacation plans. In addition, during that same time period, undersigned respondent's counsel has been responsible for a number of other pressing litigation matters, including preparation of a memorandum of law and another filing in the case of *Anthony Leo v. Commonwealth of Massachusetts*, Civil Action No. 04-11006-JLT; responding to discovery requests in the case of *Eric Sarsfield v. City of Marlborough, et al.,* Civil Action No. 03-10319-RWZ; and preparing for and attending a habeas corpus hearing in the case of *Kenyatti Jordan v. Thomas Reilly*, Civil

Action No. 04-10925-NG.   The petitioner assents to this motion, and granting the motion will neither unduly delay the proceedings nor cause prejudice to any party.

    WHEREFORE, the respondent respectfully requests that this Court grant the respondent an additional week, up to and including January 28, 2005, to file his memorandum of law.

                                    Respectfully submitted,

                                    EDWARD FICCO,

                                  By his attorney,

                                  THOMAS F. REILLY
                                  ATTORNEY GENERAL

                                  /s/ Maura D. McLaughlin
                                  Maura D. McLaughlin (BBO # 634923)
                                  Assistant Attorney General
                                  Criminal Bureau, Appellate Division
                                  One Ashburton Place
                                  Boston, Massachusetts 02108
                                  (617) 727-2200, ex. 2857

<u>Assented</u>

LUIS ORTIZ,

By his attorney,

/s/ Robert Murray, Esq.  (by MDM)
Robert Murray, Esq.
Ramsey & Murray
225 Friend Street
Boston, Massachusetts  02114
(617) 723-8100

Dated: January 19, 2005

## Certificate of Service

    I hereby certify that on January 19, 2005, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Robert Murray, Esq., Ramsey & Murray, 225 Friend Street, Boston, Massachusetts 02114.

_____
Maura D. McLaughlin