**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                            )
LUIS ORTIZ,                 )
                            )
        Petitioner,         )
                            )
v.                          )        Civil Action No. 03-12531-NG
                            )
EDWARD FICCO,               )
                            )
        Respondent.         )
_____ )
```

<u>**ASSENTED-TO MOTION TO ACCEPT MEMORANDUM AS TIMELY FILED**</u>

The respondent, Edward Ficco, with the assent of the petitioner, Luis Ortiz, hereby moves this Court to accept his memorandum as timely filed, although it is filed two (2) days after the date on which it was due.  As grounds for this motion, counsel for the respondent states that the undersigned had previously requested an extension of one week, from January 21, 2005, to January 28, 2005.  During the extension week, the undersigned was kept out of the office for a day due to inclement weather, and was required to attend to a number of urgent matters in cases recently transferred to the undersigned and cases newly received by this division.  The petitioner assents to this motion, and granting the motion will neither unduly delay the proceedings nor cause prejudice to any party.

WHEREFORE, the respondent respectfully requests that this Court accept his memorandum of law as timely filed.

Respectfully submitted,

EDWARD FICCO,

By his attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Maura D. McLaughlin
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau, Appellate Division
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857


Assented

LUIS ORTIZ,

By his attorney,


/s/ Robert Murray, Esq.  (by MDM)
Robert Murray, Esq.
Ramsey & Murray
225 Friend Street
Boston, Massachusetts  02114
(617) 723-8100


Dated: February 1, 2005

## **Certificate of Service**

I hereby certify that on February 1, 2005, I caused a true and accurate copy of the above document to be served via first class mail, postage prepaid, upon Robert Murray, Esq., Ramsey & Murray, 225 Friend Street, Boston, Massachusetts 02114.

_____
Maura D. McLaughlin