UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LUIS ORTIZ,**  )  | |
|     Petitioner,  ) | |
| ) | |
|       V.  ) | **Civil Action No. 03-12531-NG** |
| ) | |
| **EDWARD FICCO,**  ) | |
|     Defendant.  ) | |

**GERTNER, D.J.:**

## JUDGMENT

For the reasons set forth in the accompanying Memorandum and Order, petitioner Luis Ortiz's petition for a writ of habeas corpus [docket entry # 7] is hereby **DENIED**. This action is hereby **DISMISSED**.

**SO ORDERED.**

**Dated:   April 21, 2005**                              **/s/ NANCY GERTNER, U.S.D.J.**